AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cabranes, Jose A. | U.S. Court of Appeals | 12/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

141 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | William Nelson Cromwell Foundation, New York, NY |
| 2. Member | Academic Advisory Committee of the Institute for Constitutional Studies, The George Washington Univeristy, Washington, DC |
| 3. NOTE: | Note: No income of any kind was derived from any of the positions or services or activities noted above. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | University of Chicago Press (Royalties) |
| 2. 2013 | Thomson-West (Royalties) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia Law School | March 13, 2013 | New York, NY | Participate in a colleague's Law School class | Meal and cost of transportation to and from New York |
| 2. | Dartmouth College | May 10-12, 2013 | Hanover, NH | Attend or participate in varied University academic and social functions | Meals and refreshments as spouse of former University Trustee |
| 3. | Administrative Office of the U.S. Courts | July 9, 2013 | Washington, DC | Attend meeting with Hon. Judge Thomas F. Hogan | Meals and cost of transportation to and from Washington, D.C. |
| 4. | William Nelson Cromwell Foundation | October 28, 2013 | New York, NY | Annual Meeting of the Trustees | Meal and cost of transportation to and from New York |
| 5. | Connecticut Hispanic Bar Association | December 14, 2013 | Portland, CT | Keynote Speaker at annual dinner of CHBA | Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

| 6. Yale University | Various dates throughout the year | New Haven, CT | Attend or participate in varied University academic and social functions | Meals and refreshments as spouse of tenured faculty member or as a former University Trustee |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jay Vlock & Gail Brekke; Michael Vlock | Tickets to N.Y. Yankees game | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. People's United Financial In.c (PBCT) | A | Dividend | | | Sold | 10/17/13 | K | | |
| 2. Puerto Rico Comwlth Hwy Transnauth (CUSIP 745190AV0) | B | Dividend | | | Sold | 09/25/13 | L | | |
| 3. Conn. St. General Obig. Ref. Ser-B (CUSIP 20772GKL1) | B | Interest | | | Sold | 09/25/13 | L | C | |
| 4. Western Asset MNGD Municipal Fund (MMU) | B | Int./Div. | K | T | Sold (part) | 09/26/13 | K | | |
| 5. Nuveen Premium Income Municipal Fund (NPI) | B | Int./Div. | K | T | Sold (part) | 09/26/13 | K | | |
| 6. Nuveen Connecticut Premium (NTC) | B | Int./Div. | K | T | Sold (part) | 09/26/13 | K | | |
| 7. Columbia Tax Exempt Fund Class C (COLCX) | B | Int./Div. | K | T | Sold (part) | 09/24/13 | K | | |
| 8. Blackrock Muniyield Invt FD (MYF) | B | Int./Div. | | | Sold | 09/26/13 | L | A | |
| 9. Vanguard Life Strategy Conservatice Portfolio (VSCGX) | B | Dividend | M | T | Sold (part) | 10/01/13 | L | B | |
| 10. | | | | | Sold | 07/18/13 | M | D | |
| 11. Fidelity Asset Manager (FASMX) | A | Dividend | | | Sold | 09/20/13 | L | D | |
| 12. Wells Fargo Fund CL-C (EACFX) | | None | | | Sold | 09/25/13 | J | A | |
| 13. T Rowe Price New Horizons (PRNHX) (X) | | None | | | Sold | 09/25/13 | J | B | |
| 14. Prudential Jennison Mid-Cap Growth Fund (PEGZX) (X) | | None | | | Sold | 09/25/13 | J | A | |
| 15. MFS Research International Fund (MRSIX) (X) | | None | | | Sold | 09/25/13 | J | A | |
| 16. Loomis Sayles Value Fund (LSGIX) (X) | | None | | | Sold | 09/25/13 | J | B | |
| 17. Clearbridge Small Cap Fund (SBPXY) (X) | | None | | | Sold | 09/25/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Lazard Developing Markets Equity (LDMIX) (X) | | None | | | Sold | 09/25/13 | J | | |
| 19. | IShares Country Asia(AAXJ) (X) | | None | | | Sold | 09/27/13 | J | | |
| 20. | IShares Basic Materials (IYM) (X) | | None | | | Sold | 09/27/13 | J | A | |
| 21. | IShares Dow Jones(IYW) (X) | | None | | | Sold | 09/27/13 | J | A | |
| 22. | IShares Latin America 40(ILF) (X) | | None | | | Sold | 09/27/13 | J | | |
| 23. | Target Corp (TGT) | | None | | | Sold | 10/31/13 | J | A | |
| 24. | Schlumberger LTD (SLB) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 25. | Royal Dutch Shell (RDS A) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 26. | Prudential Financial Inc. (PRU) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 27. | Pfizer Inc. (PFE) (X) | | None | | | Sold | 10/31/13 | K | D | |
| 28. | Yahoo Inc. (YHOO) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 29. | Wellpoint Inc. (WLP) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 30. | Walgreen Co. (WAG) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 31. | WalMart Co. (WMMVY) (X) | | None | | | Sold | 10/31/13 | J | | |
| 32. | Verizon (VZ) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 33. | UNUM Group (UNM) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 34. | United Technologies Corp. (UTX) (X) | | None | | | Sold | 10/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Bancorp (USB) (X) | | None | | | Sold | 10/31/13 | K | C | |
| 36. Tupperware Brands Corp (TUP) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 37. Travelers Cos. Inc. (TRV) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 38. Oracle Corp (ORCL) (X) | | None | | | Sold | 10/31/13 | K | | |
| 39. Oneok Partners LP (OKS) (X) | | None | | | Sold | 10/31/13 | J | | |
| 40. Monsanto Co(MON) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 41. MFS International Growth Fund (MQGIX) (X) | | None | | | Sold | 09/25/13 | J | A | |
| 42. Wells Fargo Allocation C (CUSIP 94985D426) (X) | | None | | | Sold | 10/16/13 | J | C | |
| 43. Mondelez International Inc (MDLZ) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 44. Microsoft Corp (MSFT) (X) | | None | | | Sold | 10/31/13 | J | C | |
| 45. Metlife Inc (MET) (X) | | None | | | Sold | 10/31/13 | J | C | |
| 46. Laclede Group (LG) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 47. Kraft Foods (KRFT)(X) | | None | | | Sold | 10/31/13 | J | B | |
| 48. Kinder Morgan Inc (KMI) | | None | | | Sold | 10/31/13 | J | | |
| 49. Johnson & Johnson (JNJ) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 50. International Business Machs Corp (IBM) (X) | | None | | | Sold | 10/31/13 | J | | |
| 51. Intel Corp (INTC) (X) | | None | | | Sold | 10/31/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Humana Inc (HUM) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 53. General Mills Inc (GIS) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 54. General Electric Co (GE) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 55. Franklin Missouri Tax-Free (FRMOX) (X) | | None | | | Sold | 10/31/13 | K | | |
| 56. Franklin Resources (BEN) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 57. Exxon Mobil Corp (XOM) (X) | | None | | | Sold | 10/31/13 | J | | |
| 58. Exelon Corp (EXC) (X) | | None | | | Sold | 10/31/13 | J | | |
| 59. Ericsson L M Tel Co (ERIC) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 60. Duke Energy Corp(DUK) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 61. Dollar Tree Inc(DLTR) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 62. Disney Walt Co. (DIS) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 63. Dicks Sporting Goods Inc (DKS) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 64. Commerce Bancshares (CBSH) (X) | | None | | | Sold | 10/31/13 | J | C | |
| 65. Comcast Corp (CMCSA) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 66. Chevron Corp (CVX) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 67. Celegene Corp (CELG) (X) | | None | | | Sold | 10/31/13 | J | D | |
| 68. Caterpillar Inc (CAT) (X) | | None | | | Sold | 10/31/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Broadcom Corp (BRCM) (X) | | None | | | Sold | 10/31/13 | J | | |
| 70. Boeing Co (BA) (X) | | None | | | Sold | 10/31/13 | K | D | |
| 71. Bank America Corp (BAC) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 72. BP PLC Spons (BP) (X) | | None | | | Sold | 10/31/13 | J | | |
| 73. Anadarko Pete Corp (APC) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 74. American Express Company (AXP) (X) | | None | | | Sold | 10/31/13 | J | C | |
| 75. Ameren Corp (AEE) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 76. AT&T (T) (X) | | None | | | Sold | 10/31/13 | K | A | |
| 77. Aflac (AFL) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 78. Partnerre LTD (PRE) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 79. Invesco LTD (IVZ) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 80. Harris Associates (NEFOX) (X) | | None | | | Sold | 10/31/13 | J | B | |
| 81. Natixis (NEFSX) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 82. CGM Advisor (NEFGX) (X) | | None | | | Sold | 10/31/13 | K | C | |
| 83. Loomis Sayles Strategic Income (NEFZX) | | None | | | Sold | 10/31/13 | K | B | |
| 84. Loomis Sayles Growth Fund (LGRRX) (X) | | None | | | Sold | 10/31/13 | J | A | |
| 85. Loomis Sayles Global Equity (LGMAX) (X) | | None | | | Sold | 10/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley Roth IRA | A | Dividend | M | T | | | | | |
| 87. HARTFORD LIFE & ANNUITY INS. CO. (VARIABLE LIFE INS. POLICY) (see #242 | A | Int./Div. | K | T | | | | | |
| 88. Pepsico Inc. Com | | None | | | Sold | 10/28/13 | J | A | |
| 89. Bernstein Diversified Municipal Portfolio Fund Advisor Class (SNDPX) | | None | K | T | Buy | 09/23/13 | J | | |
| 90. | | None | | | Buy | 09/24/13 | K | | |
| 91. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 92. | | None | | | Buy (add'l) | 10/01/13 | J | | |
| 93. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 94. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 95. | | None | | | Buy (add'l) | 10/31/13 | K | | |
| 96. | | None | | | Buy (add'l) | 11/01/13 | J | | |
| 97. | | None | | | Buy (add'l) | 11/15/13 | J | | |
| 98. | | None | | | Buy (add'l) | 12/27/13 | J | | |
| 99. Fidelity Advisor Emerging Markets Income Class I | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 100. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 101. | | None | | | Buy (add'l) | 09/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 103. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 104. | | None | | | Buy (add'l) | 10/31/13 | J | | |
| 105. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 106. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 107. Franklin High Yield Tax Free Income Fund Advisor Class | | None | K | T | Buy | 09/23/13 | J | | |
| 108. | | None | | | Buy (add'l) | 09/24/13 | K | | |
| 109. | | None | | | Buy (add'l) | 09/25/13 | J | | |
| 110. | | None | | | Buy (add'l) | 10/01/13 | J | | |
| 111. | | None | | | Buy (add'l) | 10/15/13 | J | | |
| 112. | | None | | | Buy (add'l) | 10/29/13 | J | | |
| 113. | | None | | | Buy (add'l) | 10/31/13 | K | | |
| 114. | | None | | | Buy (add'l) | 11/15/13 | J | | |
| 115. IShares TR MSCI (EFA) | A | Dividend | K | T | Buy | 09/24/13 | J | | |
| 116. | | None | | | Buy (add'l) | 09/26/13 | K | | |
| 117. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 118. | | None | | | Buy (add'l) | 10/03/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 120. | | None | | | Buy (add'l) | 10/31/13 | K | | |
| 121. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 122. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 123. ISHARES TR MSCI EAFESMALL CAP ETF (SCZ) | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 124. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 125. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 126. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 127. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 128. | | None | | | Buy (add'l) | 10/31/13 | J | | |
| 129. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 130. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 131. ISHARES TR RUSSELL 1000 GROWTH ETF (IWF) | | None | K | T | Buy | 09/24/13 | J | | |
| 132. | | None | | | Buy (add'l) | 09/26/13 | K | | |
| 133. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 134. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 135. | | None | | | Buy (add'l) | 10/15/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 137. | | None | | | Buy (add'l) | 10/31/13 | K | | |
| 138. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 139. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 140. ISHARES TR RUSSELL 1000 VALUE ETF (IWD) | | None | L | T | Buy | 09/24/13 | J | | |
| 141. | | None | | | Buy (add'l) | 09/26/13 | L | | |
| 142. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 143. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 144. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 145. | | None | | | Buy (add'l) | 10/31/13 | L | | |
| 146. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 147. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 148. ISHARES TR RUSSELL 2000 GROWTH ETF (IWO) | | None | J | T | Buy | 09/24/13 | J | | |
| 149. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 150. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 151. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 152. | | None | | | Buy (add'l) | 10/17/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | None | | | Buy (add'l) | 10/31/13 | J | | |
| 154. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 155. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 156. ISHARES TR RUSSELL 2000 VALUE ETF (IWN) | | None | J | T | Buy | 09/24/13 | J | | |
| 157. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 158. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 159. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 160. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 161. | | None | | | Buy (add'l) | 10/31/13 | J | | |
| 162. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 163. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 164. ISHARES TR RUSSELL MID-CAP ETF (IWR) | | None | J | T | Buy | 09/24/13 | J | | |
| 165. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 166. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 167. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 168. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 169. | | None | | | Buy (add'l) | 10/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 171. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 172. ISHARES TR RUSSELL MID-CAP VALUE ETF (IWS) | | None | K | T | Buy | 09/24/13 | J | | |
| 173. | | None | | | Buy (add'l) | 09/26/13 | K | | |
| 174. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 175. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 176. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 177. | | None | | | Buy (add'l) | 10/31/13 | K | | |
| 178. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 179. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 180. SPDR SER TR DOW JONES REIT ETF (RWR) | | None | J | T | Buy | 09/24/13 | J | | |
| 181. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 182. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 183. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 184. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 185. | | None | | | Buy (add'l) | 10/31/13 | J | | |
| 186. | | None | | | Buy (add'l) | 11/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 188. T ROWE PRICE SUMMIT MUNICIPAL INTERMEDIATE (PRSMX) | | None | K | T | Buy | 11/19/13 | J | | |
| 189. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 190. | | None | | | Buy (add'l) | 11/21/13 | K | | |
| 191. | | None | | | Buy (add'l) | 11/21/13 | K | | |
| 192. THORNBURG INTERMED MUNICIPAL NATIONAL (THMIX) | | None | L | T | Buy | 09/24/13 | J | | |
| 193. | | None | | | Buy (add'l) | 09/26/13 | K | | |
| 194. | | None | | | Buy (add'l) | 09/27/13 | J | | |
| 195. | | None | | | Buy (add'l) | 09/27/13 | K | | |
| 196. | | None | | | Buy (add'l) | 10/03/13 | J | | |
| 197. | | None | | | Buy (add'l) | 10/07/13 | J | | |
| 198. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 199. | | None | | | Buy (add'l) | 10/31/13 | L | | |
| 200. | | None | | | Buy (add'l) | 11/04/13 | J | | |
| 201. | | None | | | Buy (add'l) | 11/19/13 | J | | |
| 202. | | None | | | Sold (part) | 11/21/13 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. TIAA CREF EMERGING MARKETS EQUITY INDEX FUND INSTITUTION (TEQLX) | | None | K | T | Buy | 09/23/13 | J | | |
| 204. | | None | | | Buy (add'l) | 09/24/13 | K | | |
| 205. | | None | | | Buy (add'l) | 09/25/13 | J | | |
| 206. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 207. | | None | | | Buy (add'l) | 10/01/13 | J | | |
| 208. | | None | | | Buy (add'l) | 10/15/13 | J | | |
| 209. | | None | | | Buy (add'l) | 10/31/13 | K | | |
| 210. | | None | | | Buy (add'l) | 11/15/13 | J | | |
| 211. WELLS FARGO ADVTG ULTRA SHORT-TERM MUNI INCOME FD CL A (SMAVX) | | None | K | T | Buy | 09/23/13 | J | | |
| 212. | | None | | | Buy (add'l) | 09/24/13 | K | | |
| 213. | | None | | | Buy (add'l) | 09/26/13 | J | | |
| 214. | | None | | | Buy (add'l) | 10/01/13 | J | | |
| 215. | | None | | | Buy (add'l) | 10/15/13 | J | | |
| 216. | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 217. | | None | | | Buy (add'l) | 10/31/13 | L | | |
| 218. | | None | | | Buy (add'l) | 11/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. | | None | | | Buy (add'l) | 12/18/13 | J | | |
| 220. TIAA-CREF Annuity (vested) | D | Int./Div. | L | T | | | | | |
| 221. TIAA-CREF PENSION | | None | P1 | T | | | | | |
| 222. MORGAN STANLEY ROTH IRA | | None | M | T | | | | | |
| 223. -AFIFX | | | | | Sold | 09/27/13 | J | | |
| 224. -MCGFX | | | | | Sold | 09/27/13 | J | | |
| 225. -BPRAX | | | | | Sold | 09/27/13 | J | | |
| 226. -BMCSX | | | | | Sold | 09/27/13 | J | | |
| 227. -CCVIX | | | | | Sold | 09/27/13 | J | | |
| 228. -DTRIX | | | | | Sold | 09/27/13 | K | | |
| 229. -EHSTX | | | | | Sold | 09/27/13 | J | | |
| 230. -EACSX | | | | | Sold | 09/27/13 | J | | |
| 231. -HLEMX | | | | | Sold | 09/27/13 | J | | |
| 232. -IGLAX | | | | | Sold | 09/27/13 | J | | |
| 233. -JDIAX | | | | | Sold | 09/27/13 | J | | |
| 234. -JDPAX | | | | | Sold | 09/27/13 | J | | |
| 235. -PTTAX | | | | | Sold | 09/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 236. -RPFFX | | | | | Sold | 09/27/13 | J | | |
| 237. -TPINX | | | | | Sold | 09/27/13 | J | | |
| 238. -TGVAX | | | | | Sold | 09/27/13 | J | | |
| 239. TIAA CREF ROTH IRA | | None | M | T | | | | | |
| 240. -TIAA CREF REAL ESTATE MUTUAL FUND | | | | | Buy | 10/07/13 | M | | |
| 241. MS ACTIVE ASSETS TAX FREE TRUST | | None | | | Redeemed | 07/03/13 | J | | |
| 242. Hartford Life & Annuity Co. (Variable Life Ins. Policy) | | | | | | | | | |
| 243. -PVT Growth & Income | | None | K | T | | | | | |
| 244. -HLS Stock | | None | K | T | | | | | |
| 245. Vanguard Tax Exempt Money Market Fund-VMSXX | | None | | | Sold | 6/10/13 | J | | |
| 246. Citizens Bank Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cabranes, Jose A. | 12/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V. Gifts:

The amount listed is an approximate value.  The precise value of the hospitality (tickets) was not disclosed to us by our hosts.

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 12/08/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jose A. Cabranes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544